478 A.2d 64

Donghia, Jr. v. Aiken East Corp., Appellant.

Argued April 12, 1984. James A. Ashton, for appellant; Howard M. Louik, for appellee.

Before ROWLEY, JOHNSON and POPOVICH, JJ.

Order affirmed.